ACCEPTED
01-13-00046-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 2:13:03 PM
CHRISTOPHER PRINE
CLERK

No. 01-13-00046-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 2:13:03 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXAS
## HOUSTON, TEXAS

_____

Annie East,

*Appellant,*

v.

Southwest Cimm's, Inc. d/b/a Burger King #1002 a/k/a Cimm's Incorporated,

*Appellee.*

_____

On Appeal from the County Court at Law No. Two (2)
Harris County, Texas
Cause No. 997701

## JOINT MOTION TO DISMISS

Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, Appellant and Appellee file this joint motion to dismiss and in support, would show:

**A.**

Appellant and Appellee no longer wish to pursue an appeal of this case. All matters between Appellant and Appellee have been settled and resolved.

**B.**

For this reason, the Appellant and the Appellee request that this Court dismiss

this appeal with prejudice.

Respectfully submitted,

By:  /s/ Otha T. Carpenter*
  Otha T. Carpenter
  saxofpraise@aol.com
  State Bar Number 03847500
  4606 FM 1960 W., Suite 400
  Houston, Texas  77069
  Telephone (713) 227-2833
  Facsimile  (281) 315-8863

  **COUNSEL FOR APPELLANT**

**THE HUDGINS LAW FIRM**
**A PROFESSIONAL CORPORATION**

By:  /s/ Nicole James Petrelli
  Spencer Edwards
  State Bar Number 90001513
  sedwards@hudgins-law.com
  Nicole James Petrelli
  State Bar Number 24035568
  npetrelli@hudgins-law.com
  24 Greenway Plaza, Suite 2000
  Houston, Texas 77046
  Telephone (713) 623-2550
  Facsimile (713) 623-2793

  **COUNSEL FOR APPELLEE**

  *with permission

2

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5 of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing ***Joint Motion to Dismiss*** was served on the following:

Otha T. Capenter
saxofpraise@aol.com
4606 FM 1960 West, Suite 400
Houston, Texas 77069
*Counsel for Appellant*

via electronic service on this 10th day of April 2015.

/s/ Nicole James Petrelli
Nicole James Petrelli